**No. 10-1216. William P. Monahan, Petitioner v. Willard Mitt Romney, et al.**

563 U.S. 976, 131 S. Ct. 2895, 179 L. Ed. 2d 1190, 2011 U.S. LEXIS 3498.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 625 F.3d 42.